**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ALBRIGHT, RICHARD L <br>          ALBRIGHT, WENDY <br><br> Debtor(s) | § Case No. 10-75203 <br> § <br> § <br> § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 08/31/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 07/20/2011    By: /s/JAMES E. STEVENS
                                                                  Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ALBRIGHT, RICHARD L § Case No. 10-75203
ALBRIGHT, WENDY §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 28,629.24 |
| *and approved disbursements of* | $ 24.15 |
| *leaving a balance on hand of* [1] | $ 28,605.09 |
| **Balance on hand:** | $ 28,605.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 28,605.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 3,612.92 | 0.00 | 3,612.92 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | 1,482.00 | 0.00 | 1,482.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,094.92 |
| Remaining balance: | $ 23,510.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 23,510.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,927.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 31,927.44 | 0.00 | 23,510.17 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 23,510.17 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,390.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 13,217.81 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 17,271.56 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 6,469.21 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 2,443.95 | 0.00 | 0.00 |
| 5 | Capital Recovery IV LLC | 2,577.64 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 16,837.01 | 0.00 | 0.00 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7,197.54 | 0.00 | 0.00 |
| 8 | WORLD'S FOREMOST BANK | 2,375.65 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $             0.00
Remaining balance:  $             0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $             0.00
Remaining balance:  $             0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 10-75203-MB
Richard L Albright                                                             Chapter 7
Wendy Albright
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3            User: cbachman              Page 1 of 2              Date Rcvd: Jul 29, 2011
                                Form ID: pdf006             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2011.
```
db/jdb     +Richard L Albright,    Wendy Albright,    8314 Eddington Dr,    Machesney Park, IL 61115-7931
aty        +Linda Godfrey,    475 Executive Parkway,    Rockford, IL 61107-6629
tr         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
             Rockford, IL 61108-2579
16303881   +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-6629
16374249    Aegis Receivable Managment,    POB 404,    Fort Mill, SC 29716-0404
16303879   +Albright Richard L,    8314 Eddington Dr,    Machesney Park, IL 61115-7931
16303880   +Albright Wendy,    8314 Eddington Dr,    Machesney Park, IL 61115-7931
16374250   +American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
16790580    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16374251   +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
16374252   +Bank Of America,    POB 15026,    Wilmington, DE 19850-5026
16374253    Beneficial Finance,    POB 17574,    Baltimore, MD 21297-1574
16374254   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85015,    Richmond, VA 23285)
16627943    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK 73124-8839
16476331    Capital Recovery (GE Capital),    c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
16374256   +Chase,   201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
16374255   +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
16625174    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16374257   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16374258   +Credit Control LLC,    245 E. Roselawn, Ste 25,    Maplewood, MN 55117-1989
16374259   +Echelon Recovery Inc,    POB 1880,    Vorhees, NJ 08043-7880
16374260    Enhanced Recovery Corporation,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16374262    Firstsource,    POB 628,    Buffalo, NY 14240-0628
16374264   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Reveneue Service,    Kansas City, MO 64999-0030)
16587943   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, Pa 19114)
16374265   +JC Christensen & Assoc,    POB 519,    Sauk Rapids, MN 56379-0519
16374267   +NCO Financial Systems,    POB 4906, Dept 64,    Trenton, NJ 08650-4906
16883732   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Household Finance,
             POB 41067,    Norfolk VA 23541)
16894841   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16374268   +Sentry Credit, Inc.,    2809 Grand Ave,    Everett, WA 98201-3417
16374269    Tiburon Financial LLC,    POB 770,    Boystown, NE 68010-0770
16910923    WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
16374270   +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
16374271   +Zakheim & Assoc.,    1045 S. University Dr., Ste 202,    Plantation, FL 33324-3333
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16847919     E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2011 02:11:39     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16374261    +E-mail/Text: BKNOTICES@EAFLLC.COM Jul 29 2011 23:15:08      Equable Ascent Financi,
              1120 West Lake Co,    Buffalo Grove, IL 60089-1970
16374263     E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2011 02:11:39     GE Money Bank,    POB 981127,
              El Paso, TX 79998-1127
16374266    +E-mail/PDF: cr-bankruptcy@kohls.com Jul 30 2011 02:11:44      Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
aty*        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, Il 61108-2579
16374248*   +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-6629
16374246*   +Albright Richard L,    8314 Eddington Dr,    Machesney Park, IL 61115-7931
16374247*   +Albright Wendy,    8314 Eddington Dr,    Machesney Park, IL 61115-7931
                                                                                   TOTALS: 0, * 5, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3         User: cbachman            Page 2 of 2              Date Rcvd: Jul 29, 2011
                             Form ID: pdf006           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2011**              **Signature:** *Joseph Speetjens*