# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ALBRIGHT, RICHARD L § Case No. 10-75203
      ALBRIGHT, WENDY §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $136,900.77 *(without deducting any secured claims)* | Assets Exempt: $36,130.77 |
| Total Distribution to Claimants: $23,510.59 | Claims Discharged Without Payment: $145,680.86 |
| Total Expenses of Administration: $5,119.07 | |

    3) Total gross receipts of $ 28,629.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $28,629.66 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $86,219.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,119.07 | 5,119.07 | 5,119.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 31,927.44 | 31,927.44 | 23,510.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,798.19 | 68,390.37 | 68,390.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | $221,017.19 | $105,436.88 | $105,436.88 | $28,629.66 |

4) This case was originally filed under Chapter 7 on October 20, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/31/2011        By: /s/JAMES E. STEVENS
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 155 shares PFG stock | 1129-000 | 4,928.88 |
| 2002 Chevrolet Silverado | 1129-000 | 1,700.00 |
| 2003 Bounder RV 36' | 1129-000 | 22,000.00 |
| Interest Income | 1270-000 | 0.78 |
| **TOTAL GROSS RECEIPTS** | | **$28,629.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 86,219.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$86,219.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 3,612.92 | 3,612.92 | 3,612.92 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | 3110-000 | N/A | 1,482.00 | 1,482.00 | 1,482.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 24.15 | 24.15 | 24.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,119.07 | 5,119.07 | 5,119.07 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 31,927.44 | 31,927.44 | 23,510.59 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 31,927.44 | 31,927.44 | 23,510.59 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | 8,000.00 | 13,217.81 | 13,217.81 | 0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 17,271.00 | 17,271.56 | 17,271.56 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 6,779.00 | 6,469.21 | 6,469.21 | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | 4,887.90 | 2,443.95 | 2,443.95 | 0.00 |
| 5 | Capital Recovery IV LLC | 7100-000 | 2,577.64 | 2,577.64 | 2,577.64 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 16,837.01 | 16,837.01 | 16,837.01 | 0.00 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 7,197.00 | 7,197.54 | 7,197.54 | 0.00 |
| 8 | WORLD'S FOREMOST BANK | 7100-000 | 2,375.00 | 2,375.65 | 2,375.65 | 0.00 |
| NOTFILED | Firstsource | 7100-000 | 2,443.95 | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Financi | 7100-000 | 2,578.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corporation | 7100-000 | 2,577.64 | N/A | N/A | 0.00 |
| NOTFILED | JC Christensen & Assoc | 7100-000 | 2,375.65 | N/A | N/A | 0.00 |
| NOTFILED | Tiburon Financial LLC | 7100-000 | 2,375.65 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Zakheim & Assoc. | 7100-000 | 7,197.54 | N/A | N/A | 0.00 |
| NOTFILED | Sentry Credit, Inc. | 7100-000 | 16,837.01 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | 2,443.95 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/chase | 7100-000 | 21.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | 4,750.47 | N/A | N/A | 0.00 |
| NOTFILED | Credit Control LLC | 7100-000 | 2,577.64 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 2,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 2,283.48 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 2,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial Finance | 7100-000 | 15,601.66 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 134,798.19 | 68,390.37 | 68,390.37 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75203  
**Case Name:** ALBRIGHT, RICHARD L  
ALBRIGHT, WENDY  
**Period Ending:** 10/31/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/20/10 (f)  
**§341(a) Meeting Date:** 11/23/10  
**Claims Bar Date:** 03/17/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 8314 Eddington Dr., Machesney Park, IL | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chase Savings Acct | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Associated Bank Acct | 485.77 | 0.00 | DA | 0.00 | FA |
| 5 | Checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household Goods & Furnishings e audio, video, an | 850.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 155 shares PFG stock | 4,070.00 | 4,070.00 | DA | 4,928.88 | FA |
| 9 | 2000 Jeep | 1,375.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Chevrolet Silverado<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 4,100.00 | 1,700.00 | DA | 1,700.00 | FA |
| 11 | 2003 Bounder RV 36'<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 10,000.00 | 22,000.00 | DA | 22,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.78 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$136,900.77** | **$27,770.00** |  | **$28,629.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 30, 2011        **Current Projected Date Of Final Report (TFR):**   July 20, 2011  (Actual)

Printed: 10/31/2011 09:51 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75203  
**Case Name:** ALBRIGHT, RICHARD L  
ALBRIGHT, WENDY  
**Taxpayer ID #:** **-***2207  
**Period Ending:** 10/31/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******36-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/11/11 | {8} | Chase/cashier's check/remitter Richard Albright | monies for stock | 1129-000 | 4,928.88 | | 4,928.88 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,928.90 |
| 05/19/11 | | Richard L. Albright | payment on non-exempt assets | | 23,700.00 | | 28,628.90 |
| | {10} | | non-exemption portion    1,700.00 | 1129-000 | | | 28,628.90 |
| | {11} | | non-exempt portion per    22,000.00<br>settlement | 1129-000 | | | 28,628.90 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 28,629.01 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75203, Bond #016018067 | 2300-000 | | 24.15 | 28,604.86 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,605.09 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,605.33 |
| 08/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.18 | | 28,605.51 |
| 08/25/11 | | To Account #9200******3666 | transfer money to checking to close money market | 9999-000 | | 28,605.51 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 28,629.66 | 28,629.66 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 28,605.51 | |
| | | **Subtotal** | | | 28,629.66 | 24.15 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$28,629.66** | **$24.15** | |

{} Asset reference(s)

Printed: 10/31/2011 09:51 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75203  
**Case Name:** ALBRIGHT, RICHARD L  
ALBRIGHT, WENDY  
**Taxpayer ID #:** **-***2207  
**Period Ending:** 10/31/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******36-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/11 | | From Account #9200******3665 | transfer money to checking to close money market | 9999-000 | 28,605.51 | | 28,605.51 |
| 08/31/11 | 101 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | Dividend paid 100.00% on $1,482.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,482.00 | 27,123.51 |
| 08/31/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $3,612.92, Trustee Compensation; Reference: | 2100-000 | | 3,612.92 | 23,510.59 |
| 08/31/11 | 103 | Internal Revenue Service | Dividend paid 73.63% on $31,927.44; Claim# 1P; Filed: $31,927.44; Reference: | 5800-000 | | 23,510.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,605.51 | 28,605.51 | $0.00 |
| | | | Less: Bank Transfers | | 28,605.51 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 28,605.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$28,605.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******36-65** | 28,629.66 | 24.15 | 0.00 |
| **Checking # 9200-******36-66** | 0.00 | 28,605.51 | 0.00 |
| | $28,629.66 | $28,629.66 | $0.00 |

{} Asset reference(s)

Printed: 10/31/2011 09:51 AM    V.12.57